UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE CAMERON, | No. 06-14937 |
|     Plaintiff, | District Judge Gerald E. Rosen |
| v. | Magistrate Judge R. Steven Whalen |
| AMSHER COLLECTION SERVICES, et.al. | |
|     Defendants. | |

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

For the reasons and under the terms stated on the record on June 20, 2007, Defendant Amsher Collection Services' Motion for Protective Order [Docket #25] is DENIED. The deposition of Defendant Amsher's Rule 30(b)(6) witness shall take place within 14 days of the date of this Order.

Plaintiff's request for costs and attorney fees pursuant to Fed.R.Civ.P. 37(d)(4) and 37(a)(4) is GRANTED. Within 14 days of the date of this order, Plaintiff's counsel shall submit a bill of costs to the Court.

SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 20, 2007.

                                           S/Gina Wilson
                                           Judicial Assistant